possible to develop a method to query its data in such a way. Defendant's information technology staff continues to work on this task, but its efforts are not yet complete. Defendant expects that it will be able to provide a more meaningful response to this request when these queries are completed.

12.     There are more than 5,000 persons with a telephone number with either an Illinois, Indiana, or Wisconsin area code who were left a voice message not more than one minute in length during a time period October 27, 2007 and ending October 27, 2008, by the same person acting on behalf of Redline who left a voice message for Plaintiff on September 15, 2008.

**Response:** Defendant is unable to admit or deny this request at this time. Defendant's records are organized by account, not by collector, call, or type of call made by a certain collector. Thus, Defendant cannot readily query its data in a way that would produce the results needed to accurately respond to this request; however, Defendant believes that it is possible to develop a method to query its data in such a way. Defendant's information technology staff continues to work on this task, but its efforts are not yet complete. Defendant expects that it will be able to provide a more meaningful response to this request when these queries are completed.

13.     There are more than 10,000 persons with a telephone number with either an Illinois, Indiana, or Wisconsin area code who were left a voice message during a time period October 27, 2007 and ending October 27, 2008, by the same person acting on behalf of Redline who left a voice message for Plaintiff on September 15, 2008.

**Response:** Defendant is unable to admit or deny this request at this time. Defendant's records are organized by account, not by collector, call, or type of call made by a certain collector. Thus, Defendant cannot readily query its data in a way that would produce the results needed to accurately respond to this request; however, Defendant believes that it is possible to develop a method to query its data in such a way. Defendant's information technology staff continues to work on this task, but its efforts are not yet complete.

Defendant expects that it will be able to provide a more meaningful response to this request when these queries are completed.

14.    There are more than 10,000 persons with a telephone number with either an Illinois, Indiana, or Wisconsin area code who were left a voice message not more than one minute in length during a time period October 27, 2007 and ending October 27, 2008, by the same person acting on behalf of Redline who left a voice message for Plaintiff on September 15, 2008.

**Response:**  Defendant is unable to admit or deny this request at this time.  Defendant's records are organized by account, not by collector, call, or type of call made by a certain collector.  Thus, Defendant cannot readily query its data in a way that would produce the results needed to accurately respond to this request; however, Defendant believes that it is possible to develop a method to query its data in such a way.  Defendant's information technology staff continues to work on this task, but its efforts are not yet complete.  Defendant expects that it will be able to provide a more meaningful response to this request when these queries are completed.

15.    Redline's net worth is in excess of $1,000,000 (one million dollars).

**Response:**  Denied.

16.    Redline's net worth is in excess of $5,000,000 (five million dollars).

**Response:**  Denied.

17.    Redline's net worth is in excess of $10,000,000 (ten million dollars).

**Response:**  Denied.

18.    Redline's net worth is in excess of $25,000,000 (twenty [sic] dollars).

**Response:**  Denied.

19.    Redline's net worth is in excess of $50,000,000 (fifty million dollars).

**Response:**  Denied.

REDLINE RECOVERY SERVICES, LLC,

By: /s Anna-Katrina S. Christakis
   One of its attorneys


Anna-Katrina S. Christakis
Jeffrey D. Pilgrim
GRADY PILGRIM CHRISTAKIS BELL LLP
53 West Jackson Boulevard, Suite 715
Chicago, Illinois 60604
Phone: (312) 939-0920
Fax: (312) 939-0983

## <u>CERTIFICATE OF SERVICE</u>

Jeffrey D. Pilgrim, an attorney, certifies that on February 8, 2009, he served a copy of the foregoing **Defendant's Responses to Plaintiff's Requests for Admissions** by electronic mail on the following:

Curtis C. Warner
Warner Law Firm, LLC
Millennium Park Plaza
155 North Michigan Avenue, Suite 737
Chicago, Illinois 60601
cwarner@warnerlawllc.com

Alexander H. Burke
Burke Law Offices LLC
155 North Michigan Avenue, Suite 732
Chicago, Illinois 60601
ABurke@BurkeLawLLC.com


/s Jeffrey D. Pilgrim_____


Anna-Katrina S. Christakis
Jeffrey D. Pilgrim
GRADY PILGRIM CHRISTAKIS BELL LLP
53 West Jackson Boulevard, Suite 715
Chicago, Illinois 60604
Phone: (312) 939-0920
Fax: (312) 939-0983

# Exhibit 2

**Alex Burke**

| | |
|---|---|
| **From:** | Alex Burke [ABurke@BurkeLawLLC.com] |
| **Sent:** | Wednesday, March 11, 2009 3:41 PM |
| **To:** | 'nfoster@hinshawlaw.com'; 'Curtis Warner' |
| **Subject:** | Yesterday's Conversation - Martin v. Redline |

Nabil,

We appreciate you taking the time to talk to us yesterday about discovery in the Martin v. Redline case. This email sums up our conversation.

Most importantly, we asked that Redline withdraw its offer of judgment, which has placed pressure on us to file our motion for class certification immediately, rather than after we have more discovery from your client. As I said on the phone, if your client withdraws the offer of judgment, we can be more flexible with our timeline for complete discovery responses. If the offer of judgment is not withdrawn, we must insist that your client provide responses by this Friday, March 13, 2009 at noon. We will give your client until that time, too, to withdraw the offer of judgment.

We are particularly concerned that the responses, so far, do not cover the class time period. Please confer with Redline and ensure that all responses are from the period requested, not just the present. Similarly, if there have been changes in any of these responses since the beginning of the class period, defendant should indicate the change and produce full responses for the entire period requested.

The particular discovery items we requested were:

1. All policies, procedures and practices relating to telephone messages and telephone calls to consumers. This would include all telephone talking scripts;
2. All recordings of telephone conversations from the two collectors that called the plaintiff. We request these items in native format, along with all metadata accompanying them;
3. The net worth of Redline, along with all documents requested that relate to net worth;
4. The personnel file for the two collectors identified in Redlines' original responses;
5. The names, addresses, emails and telephone numbers of all class members;
6. Full responses to our requests for admission.

We also look forward to full and complete responses to our second discovery requests, which are due on March 17, 2009. Please produce these materials by fax or email. Once again, if the offer of judgment is withdrawn, we will likely be amenable to an extension. We will not be amenable to an extension if it is not.

Please contact me right away if you think I misstated anything, or if you need any clarifications. As you know, time is of the essence with these matters.

Sincerely,

Alex Burke

BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 732
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com

www.BurkeLawLLC.com

The information transmitted through this communication is intended only for the addressee and may contain confidential and/or privileged material. Any unauthorized interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited and may subject the unauthorized person or entity to criminal or civil liability. If you received this communication in error, please contact us immediately at (312) 729-5288, and delete the communication from any computer or network system. This message is not intended to create an attorney-client relationship. Unless you have entered into a written, signed document entitled "Authorization" with Burke Law Offices, LLC, the firm does not represent you.

# Exhibit 3

**Alex Burke**

| | |
|---|---|
| **From:** | Alex Burke [ABurke@BurkeLawLLC.com] |
| **Sent:** | Friday, March 13, 2009 12:39 PM |
| **To:** | 'nfoster@hinshawlaw.com' |
| **Cc:** | 'Curtis Warner' |
| **Subject:** | Follow Up |

Nabil,

This email follows up on our telephone message of this afternoon. We just wanted to keep the lines of communication open.

Please let us know what your client's position is with respect to discovery and withdrawing the offer of judgment. If your client needs more time to consider things, please let us know and we will try to work something reasonable out given the timeframe we are working with.

Alex Burke

BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 732
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com
www.BurkeLawLLC.com

The information transmitted through this communication is intended only for the addressee and may contain confidential and/or privileged material. Any unauthorized interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited and may subject the unauthorized person or entity to criminal or civil liability. If you received this communication in error, please contact us immediately at (312) 729-5288, and delete the communication from any computer or network system. This message is not intended to create an attorney-client relationship. Unless you have entered into a written, signed document entitled "Authorization" with Burke Law Offices, LLC, the firm does not represent you.

## Alex Burke

| | |
|---|---|
| **From:** | Alex Burke [ABurke@BurkeLawLLC.com] |
| **Sent:** | Friday, March 13, 2009 4:35 PM |
| **To:** | 'Nabil G. Foster' |
| **Cc:** | 'Curtis Warner' |
| **Subject:** | RE: Follow Up |
| **Attachments:** | Plt Protective Order.doc; Plt Protective Order.pdf |

Nabil,

Attached is the protective order in word and pdf versions. If you make any changes at all to the word version, we expect that they will be done in "track changes" mode, so that we can see what has been changed. I deleted the waiver language, as requested.

Alex


BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 732
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com
www.BurkeLawLLC.com

The information transmitted through this communication is intended only for the addressee and may contain confidential and/or privileged material. Any unauthorized interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited and may subject the unauthorized person or entity to criminal or civil liability. If you received this communication in error, please contact us immediately at (312) 729-5288, and delete the communication from any computer or network system. This message is not intended to create an attorney-client relationship. Unless you have entered into a written, signed document entitled "Authorization" with Burke Law Offices, LLC, the firm does not represent you.

**From:** Nabil G. Foster [mailto:NFoster@hinshawlaw.com]
**Sent:** Friday, March 13, 2009 3:53 PM
**To:** Alex Burke
**Cc:** 'Curtis Warner'
**Subject:** Re: Follow Up

Alex,

Thanks for the email. It is good to keep the lines of communication open. I have not heard back from the client on the offer of judgment.

I mailed to you and Curtis a stack of Redline's documents and Redline's responses to the second set of discovery. Once we have the protective order in place, I will be happy to produce the remainder of the confidential information. I have not received a revised copy of the protective order. If you send me a version I can edit, I would be happy to do so and send it back to you for your signature before it is presented to the Court.
Redline is looking for additional recordings and I should know what they have found early next week.
Regards,

Nabil G. Foster
Hinshaw & Culbertson LLP
222 North LaSalle Street, Suite 300, Chicago, IL 60601
Tel: 312-704-3000 | Fax: 312-704-3001

E-mail: nfoster@hinshawlaw.com

Please consider the environment before printing this e-mail

-----"Alex Burke" <ABurke@BurkeLawLLC.com> wrote: -----

To: <nfoster@hinshawlaw.com>
From: "Alex Burke" <ABurke@BurkeLawLLC.com>
Date: 03/13/2009 01:38PM
cc: "'Curtis Warner'" <cwarner@warnerlawllc.com>
Subject: Follow Up

Nabil,


This email follows up on our telephone message of this afternoon. We just wanted to keep the lines of communication open.


Please let us know what your client's position is with respect to discovery and withdrawing the offer of judgment. If your client needs more time to consider things, please let us know and we will try to work something reasonable out given the timeframe we are working with.


Alex Burke


BURKE LAW OFFICES, LLC

155 N. Michigan Ave., Suite 732

Chicago, IL 60601

(312) 729-5288

(312) 729-5289 (fax)

ABurke@BurkeLawLLC.com

www.BurkeLawLLC.com


The information transmitted through this communication is intended only for the addressee and may contain confidential and/or privileged material. Any unauthorized interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited and may subject the unauthorized person or entity to criminal or civil liability. If you received this communication in error, please contact us immediately at (312) 729-5288, and delete the communication from any computer or network system. This message is not intended to create an attorney-client relationship. Unless you have entered into a written, signed document entitled "Authorization" with Burke Law Offices, LLC, the firm does not represent you.