# Alex Burke

| | |
|---|---|
| From: | Alex Burke [ABurke@BurkeLawLLC.com] |
| Sent: | Monday, March 16, 2009 6:05 PM |
| To: | nfoster@hinshawlaw.com; Curt Warner |
| Subject: | Protective order |

Nabil,

What do you need to file the motion for protective order? I understand that judge Nordberg has a process by which parties can submit proposed orders by email and he just enters them.

If you produce the withheld documents by noon tomorrow, we would agree to keep them confidential until at least when the protective order is entered. We may be able to postpone a motion to compel. At least that would be my hope.

Alex
Alex Burke
Burke Law Offices, LLC
155 N. Michigan Ave., Suite 732
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com
www.BurkeLawLLC.com